THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Melvin Lamont
 Timmons Appellant.
 
 
 

Appeal From Richland County
 L. Casey Manning, Circuit Court Judge
Unpublished Opinion No. 2008-UP-254
Submitted May 1, 2008  Filed May 14, 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle C. DuRant, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Solicitor
 Warren B. Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Melvin Lamont Timmons appeals his
 convictions for criminal sexual conduct in the second degree, kidnapping, armed
 robbery and possession of a pistol by a person under twenty-one.   Timmons
 contends his guilty plea was not knowing and voluntary.  We dismiss[1] his appeal pursuant to Rule 220(b), SCACR, and the following authorities:  State v. McKinney, 278 S.C. 107, 108, 292 S.E.2d 598, 599 (1982) (stating absent a
 timely objection during guilty plea, the unknowing and involuntary nature of a
 plea can be attacked only through the avenue of post-conviction relief); State
 v. Barton, 325 S.C. 522, 530 n.6, 481 S.E.2d 439, 443 n.6 (Ct. App. 1997) (stating
 any challenge to the knowing and voluntary nature of a guilty plea can be raised
 only in a petition for post-conviction relief).
APPEAL
 DISMISSED.
HEARN,
 C.J., and SHORT and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.